LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Petitioner
ROSA NAYELI ROSALES GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NAYELI ROSALES GONZALEZ,<br><br>      Petitioner,<br><br>vs.<br><br>WARDEN, CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>      Respondents. | Case No.: 1:26-cv-03558 EJD<br><br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINE FOR FILING REPLY BRIEF |

Petitioner Rosa Nayeli Rosales Gonzales  (hereafter "Ms. Rosales"), by and through her attorney Todd D. Leras, and Respondents California City Detention Facility, et al. (hereafter jointly referred to as "Respondents"), by and through Assistant United States Attorney Audrey Hemesath, stipulate as follows and request modification of the Court's previous Order Re Petition for Writ of Habeas Corpus (ECF Document 7), dated May 11, 2026 (hereafter referred to as the "Deadline Order"):

ORDER EXTENDING DEADLINE
FOR FILING REPLY BRIEF

1) The Deadline Order required Respondents to file a response to Ms. Rosales's Petition within three calendar days from the date of the order, or on or before May 14, 2026. It further allowed Ms. Rosales to file a reply within nine calendar days from the date of the order, or on or before May 20, 2026.

2) Respondents filed an Opposition (ECF Document 8) and Supplement (ECF Document 9) on May 13, 2026.  The Opposition and Supplement, combined with Ms. Rosales's Petition, raise questions about a potential Due Process violation resulting from unlimited mandatory detention under provisions of 8 U.S.C. § 1226 and the Laken Riley Act.

3) Counsel was appointed for Ms. Rosales on May 18, 2026.  At the time of his appointment, counsel was already scheduled for an overnight trip from Sacramento to Fresno on May 19 and 20, 2026.  The trip was for the purpose of meeting with a criminal client detained at FCI, Mendota.

4) Counsel requires additional time to consult with Ms. Rosales.  This consultation appears to require the assistance of a Spanish language interpreter.  Given the time required to schedule the consultation at an immigration detention facility and to research and respond to issues regarding Ms. Rosales's detention, counsel requests extension of the deadline for filing her reply brief to June 18, 2026.  Respondents do not oppose the request.

ORDER EXTENDING DEADLINE
FOR FILING REPLY BRIEF

Assistant United States Attorney Audrey Hemesath has reviewed this stipulation and proposed order and authorized Todd Leras via email to sign it on her behalf.

DATED: May 20 , 2026                    ERIC GRANT
                                        United States Attorney

                                        By ____/s/ Todd D. Leras for_____
                                           AUDREY HEMESATH
                                           Assistant United States Attorney
                                           Attorney for Respondents


DATED: May 20, 2026                     By ____/s/ Todd D. Leras_____
                                           TODD D. LERAS
                                           Attorney for Petitioner

ORDER EXTENDING DEADLINE
FOR FILING REPLY BRIEF

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the deadline to file a Reply Brief, previously set by the Order, dated May 11, 2026 (ECF Document 7), is extended to June 18, 2026.

IT IS SO ORDERED.


DATED:  May 20, 2026

Edward J. Davila
Senior District Judge

ORDER EXTENDING DEADLINE

FOR FILING REPLY BRIEF